IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

THERON JAY MARRS, and YOLANDA
SEGURA MARRS,

                              Plaintiffs,

v.

UNITED STATES OF AMERICA, as
substituted party for TONNI CARPENTER,
BRENNA WITHROW, and RALPH ERIC
KELLEY,

                              Defendants.

Case No. 6: 14 CV 2041-TC

O R D E R

       Magistrate Judge Coffin filed his Findings and Recommendation on April 20, 2015. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

       THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

       Dated this 12 day of May, 2015.

                                                          _Ann Aiken_
                                             Ann Aiken, United States District Judge

Order -- Page 1