UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THERON JAY MARRS, and YOLANDA
SEGURA MARRS,

                    **Plaintiffs,**

                v.                                  Civil No.6:14-cv-02041-TC

UNITED STATES OF AMERICA, as substituted
party for TONNI CARPENTER, BRENNA
WITHROW, and RALPH ERIC KELLEY,
                    **Defendants.**

## JUDGMENT

This action is dismissed.

Dated: May 12, 2015

                    MARY L. MORAN, Clerk

                    by /s/ R. Henshaw
                        R. Henshaw, Deputy Clerk

**JUDGMENT**